UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRITT EDWARDS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:23-cv-00229-MPB-MG ) |
| NEW WORLD COLLECTIONS, INC., | ) ) |
| Defendant. | ) |

**ENTRY RECOMMENDING DISMISSAL**

On July 6, 2023, the Court issued an Order to Show Cause to Plaintiff for failing to file a proof of service on the Defendant in this action pursuant to Rule 4(m) of the Federal Rule of Civil Procedure. The Court permitted Plaintiff through July 27, 2023, to explain why he failed to comply with Rule 4(m). Plaintiff did not respond, and the time to do so has passed. Therefore, the undersigned recommends that the Court **DISMISS** Plaintiff's Complaint **WITH PREJUDICE** for failure to prosecute.

IT IS SO ORDERED.

Date: 8/2/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

Distribution:
To ECF Counsel of Record