UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| BRITT EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-00229-MPB-MG |
| | ) | |
| NEW WORLD COLLECTIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff filed this matter on February 6, 2023. (Docket No. 1). On July 6, 2023, the

Magistrate Judge ordered Plaintiff to show cause by July 27, 2023, why this case should not be

dismisses for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m). (Docket No.

7). As the Magistrate Judge explained, more than ninety days had passed since the Complaint

was filed and Plaintiff had not filed a proof of service on the Defendant in this action. (*Id.*). The

Magistrate Judge warned that if good cause was not shown, he would recommend dismissal of

the action without prejudice. (*Id.*) Plaintiff did not file a response to the show cause order. So, on

August 2, 2023, the Magistrate Judge recommended that this case be dismissed for failure to

prosecute. (Docket No. 8). The fourteen day period to object to that report and recommendation

has also passed without filing. Fed. R. Civ. P. 72(b)(2).

Federal Rule of Civil Procedure 4(m) provides that "[i]f a defendant is not served within

90 days after the complaint is filed, the court—on motion or on its own after notice to the

plaintiff—must dismiss the action without prejudice against that defendant or order that service

be made within a specified time." Here, ninety days has passed and notice has been given to the

Plaintiff by the Magistrate Judge's Order to Show Cause. Plaintiff has failed to serve defendant or show good cause otherwise.

Thus, this court now **ADOPTS** the Magistrate Judge's Report and Recommendation (Docket No. 8). This case is **DISMISSED without prejudice** pursuant to Rule 4(m).

**SO ORDERED**.

Date: 8/21/2023

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Electronically distributed to all CM ECF counsel of record.