UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRITT EDWARDS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 1:23-cv-00229-MPB-MG |
| NEW WORLD COLLECTIONS, INC., | ) ) ) |
| Defendant. | ) |

**FINAL JUDGMENT**

The Court now enters FINAL JDUGMENT. The action is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 4(m).

**SO ORDERED.**

Date: 8/21/2023

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Electronically distributed to all CM ECF counsel of record.